1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                            AT TACOMA

10

11   CRAIG CARRINGTON,                        CASE NO. CR89-88RJB

12                      Petitioner             ORDER DENYING PETITION TO
                                               MODIFY OR REMIT FINE
13          v.

14   UNITED STATES OF AMERICA,

15                      Respondent.

16          This matter comes before the court on the above-referenced petition (Dkt. 276).  No

17   response has been filed.  The court is familiar with the records and files herein.  For the

18   following reasons, the petition should be denied.

19          The fine in this matter was set by the court at sentencing and in the judgment and

20   commitment entered on October 24, 1990.  The fine was a penalty and not a condition of

21   supervised release.  As such, the court has no jurisdiction to remit or reduce the fine.  *United*

22   *States v. Morales*, 328 F.3d 1202 (9th Cir. 2003).

23          The court notes that payment on the fine or payment of the fine is not a condition of

24   supervised release under the 1989 Guidelines which were in effect at the time of sentencing.

1    For the foregoing reasons, the Petition to Modify or Remit Fine must be DENIED.

2    IT IS SO ORDERED.

3    The Clerk is directed to send uncertified copies of this Order to all counsel of record and

4 to any party appearing *pro se* at said party's last known address.

5    Dated this 24th day of January, 2013.

6

7    _____

8    ROBERT J. BRYAN
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24